AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED OCT 16 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Google Reverse Location Search | ) ) ) Case No. 3:18sw222 ) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location)*:

Google Buisness Records of Reverse Location Search, controlled by Google, 1600 Amphitheatre Parkway Mountain View, CA 94043, more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___October 5, 2018___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of _____.

Date and time issued: ___September 27, 2018 3:15 pm___

/S/
David J. Novak
United States Magistrate Judge

City and state: ___Richmond, VA___

*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:18SW222 | Date and time warrant executed:<br>09/27/2018 5:30 pm | Copy of warrant and inventory left with:<br>With Google LLC |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>~~Business Records~~ (P) No Records<br>**********************************************************NOTHING TO FOLLOW********************************************************** | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 16 Oct- 2018

_Executing officer's signature_

Philip Johnakin, Task Force Officer
_Printed name and title_

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

This warrant is directed to Google LLC, headquartered at 1600 Amphitheatre Parkway, Mountain View, California, and applies to (1) GPS, WiFi or Bluetooth sourced location history data generated from devices that reported a location within the geographical region bounded by the following latitudinal and longitudinal coordinates, dates, and times ("Initial Search Parameters") and (2) identifying information for Google Accounts associated with the responsive location history data:

March 19, 2018
From 8:30 PM to 9:02 PM (Eastern Standard Time)

June 22, 2018
From 8:40 PM to 9:02 PM (Eastern Standard Time)

July 3, 2018
From 8:00 PM to 9:10 PM (Eastern Standard Time)

August 6, 2018
From 8:30 PM to 9:04 PM (Eastern Standard Time)

September 4, 2018
From 7:30 PM to 8:06 PM (Eastern Standard Time)

Geographical area identified as

A radius of 375 meters around 8920 Patterson Avenue, Henrico, VA, with a latitude/longitude coordinate in the format is Latitude: 37.595242, Longitude: -77.575333



August 6, 2018
From 8:30 PM to 9:04 PM (Eastern Standard Time)

Target Location:

Geographical area identified as

A radius of 375 meters around 9000 Patterson Avenue, Henrico, VA, with a latitude/longitude coordinate in the format is Latitude: 37.595720 Longitude: -77.576470



March 19, 2018
From 8:15 PM to 9:25 PM (Eastern Standard Time)

June 22, 2018
From 8:00 PM to 9:20 PM (Eastern Standard Time)

July 3, 2018
From 7:45 PM to 9:20 PM (Eastern Standard Time)

August 6, 2018
From 7:30 PM to 9:20 PM (Eastern Standard Time)

September 4, 2018
From 6:45 PM to 7:35PM (Eastern Standard Time)

Geographical area identified as

A radius of 300 meters around 8406 Ridge Road, Henrico, VA, with a latitude/longitude coordinate in the format is Latitude: 37.588010 Longitude: -77.561270.